IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DALBIR SAHDEV**,

**Plaintiff,**

**v.**

**EMPIRE COMFORT SYSTEMS, INC..**
**et al.,**

**Defendants.**                                                                                    No. 09-0959-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's December 2, 2009 request for stay (Doc. 16). Specifically, Plaintiff moves the Court to stay briefing on the motion to dismiss pending the Court's ruling on the recently filed motion to remand. As of this date, Defendants have not responded to the motion to stay.[1] The Court considers this failure to respond as an admission of the merits of the motion. Thus, the Court **GRANTS** the motion to stay. The Court **STAYS** briefing on the motion to dismiss pending ruling on the motion to remand.

**IT IS SO ORDERED.**

Signed this 21st day of December, 2009.

/s/ David R Herndon
**Chief Judge**
**United States District Court**

---

[1] **LOCAL RULE 7.1(g)** provides in part" "A party opposing a motion not listed in subsection (c) shall have **14 days** after service of the motion to file a written response. Failure to timely file a timely response to a motion may, in the Court's discretion, be considered an admission of the merits of the motion."